KSC/MS: USAO#2014R00313

OCT 2 8 2014

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | UNDER SEAL |
| | * | |
| v. | * | CRIMINAL NO. WDQ-14-0503 |
| | * | |
| ABDUL JAMEL SMITH, | * | (Conspiracy to Distribute and |
| aka Duge, | * | Possess with Intent to Distribute |
| RORY SLADE JENKINS, | * | Controlled Substances, 21 U.S.C. § |
| aka Malik, | * | 846) |
| ████████████ | * | |
| | * | |
| ALTONIA SYLVESTER HENDERSON, | * | |
| ERIC CHRISTOPHER SMALLWOOD, | * | |
| aka Big Baby, | * | |
| aka E, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

From at least in or about May 2014, and continuing to in or about October 2014, in the

District of Maryland and elsewhere,

**ABDUL JAMEL SMITH,**
**aka Duge,**
**RORY SLADE JENKINS,**
**aka Malik,**

████████████████████████

the defendants herein, did knowingly, willfully, and unlawfully combine, conspire, confederate,

and agree with each other and with others known and unknown to the Grand Jury to knowingly,

intentionally, and unlawfully distribute and possess with intent to distribute 100 grams or more

1

of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled

substance, in violation of 21 U.S.C. § 841(a)(1).

21 U.S.C. § 846

## COUNT TWO

The Grand Jury for the District of Maryland charges that:

From at least in or about May 2014, and continuing to in or about October 2014, in the District of Maryland and elsewhere,

**ABDUL JAMEL SMITH,**
**aka Duge,**
**RORY SLADE JENKINS,**
**aka Malik,**
**ALTONIA SYLVESTER HENDERSON,**
**ERIC CHRISTOPHER SMALLWOOD,**
**aka Big Baby,**
**aka E,**

the defendants herein, did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute a mixture or substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

21 U.S.C. § 846

3

## COUNT THREE

The Grand Jury for the District of Maryland charges that:

From at least in or about May 2014, and continuing to in or about October 2014, in the District of Maryland and elsewhere,

**ABDUL JAMEL SMITH,**
**aka Duge,**
**ALTONIA SYLVESTER HENDERSON,**
**ERIC CHRISTOPHER SMALLWOOD,**
**aka Big Baby,**
**aka E,**

the defendants herein, did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

21 U.S.C. § 846

4

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Title 18, United States Code, Section 853, upon conviction of an offense in violation of 18 U.S.C. § 846 or § 841(a) as set forth in Counts One, Two, and Three, each defendant shall forfeit to the United States of America:

  a.      any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

  b.      any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

2.      If any of the property described above, as a result of any act or omission of the defendant:

  a.      cannot be located upon the exercise of due diligence;

  b.      has been transferred or sold to, or deposited with, a third party;

  c.      has been placed beyond the jurisdiction of the court;

  d.      has been substantially diminished in value; or

  e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

18 U.S.C. § 853; 28 U.S.C. § 2461(c); Rule 32.2(a)

ROD J. ROSENSTEIN
United States Attorney

A TRUE BILL:

Foreperson

Date: 10·23·14